# ELECTRONIC RECORD

*1045-14*
*1046-14*

COA # 12-13-00041-CR          OFFENSE: 1

STYLE: Davina Wilson Moore v. The State of Texas          COUNTY: Smith

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 7th District Court

DATE: 05/30/2014          Publish: NO     TC CASE #:     007-1663-11

# IN THE COURT OF CRIMINAL APPEALS

*1045-14*
*1046-14*

STYLE: Davina Wilson Moore v. The State of Texas          CCA #: _____

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:     _____

_____REFUSED_____          JUDGE:     _____

DATE: _Nov, 5 2014_          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____APPELLANT'S_____ MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: _PC   Feb, 11, 2015_

**ELECTRONIC RECORD**

COA No. 12-13-00042-CR

PD-1046-14

2/11/2015

MOORE, DAVINA WILSON

Tr. Ct. No. 007-1664-11

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *